IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE SCALIA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 2:19-cv-01527-NBF ) |
| MINNESOTA LIMITED, LLC, | ) ) |
| Defendant. | ) ) ) |

**MOTION TO APPROVE AND ENTER CONSENT JUDGMENT**

Plaintiff hereby moves this Court to Approve and Enter the Consent Judgment against Defendant Minnesota Limited, as agreed to by the parties. In support thereof, the Secretary represents that the parties have reached an agreement for the purpose of settling the above-referenced matter. The terms of this agreement are set forth in the Consent Judgment attached hereto as Exhibit A, which has been signed by Defendant.

WHEREFORE, for the reasons set forth above, the Secretary respectfully requests that the Court enter the Consent Judgment attached hereto.

Respectfully submitted,

| | |
|---|---|
| Mailing Address: | **UNITED STATES DEPARTMENT OF LABOR** |
| U.S. Department of Labor<br>Office of the Regional Solicitor<br>170 S. Independence Mall West<br>Suite 630E, The Curtis Center<br>Philadelphia, PA 19106 | Kate S. O'Scannlain<br>Solicitor of Labor<br><br>Oscar L. Hampton III<br>Regional Solicitor |
| (215) 861-5141 (voice)<br>(215) 861-5162 (fax)<br><br>krier.brian@dol.gov | */s/ Brian P. Krier*<br>Brian P. Krier<br>Senior Trial Attorney<br>PA ID # 313826 |

## CERTIFICATE OF SERVICE

I certify that on November 26, 2019, I electronically filed the foregoing *Motion to Approve and Enter Consent Judgment* with the Clerk of Court by using the CM/ECF system. On this same date, I served a true and correct copy of the foregoing to Defendant's legal counsel by electronic mail:

Patrick V. Johnson, Esquire
Speeter & Johnson
1515 Canadian Pacific Plaza
120 South Sixth Street
Minneapolis, MN 55402
pjohnson@speeterjohnson.com

*/s/ Brian P. Krier*
Brian P. Krier
Senior Trial Attorney
